779 A.2d 426

IN THE MATTER OF NICHOLAS KHOUDARY,
AN ATTORNEY AT LAW.

Decided September 18, 2001.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **NICHOLAS KHOUDARY** of **EAST BRUNS-WICK,** who was admitted to the bar of this State in 1988, and who has been suspended from the practice of law since August 6, 1999, pursuant to Orders of this Court filed August 6, 1999, and May 24, 2001, be restored to the practice of law, effective immediately.